**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | |
| | : | **CASE NO:** |
| **DONALD BENJAMIN PATE,** | : | **7:25-cr-03–WLS-ALS** |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

## ORDER

By Order (Doc. 33) entered November 25, 2025, this matter was continued to the Court's May 2026 Valdosta trial term based on the parties indication that it was being transferred to the Southern District of Georgia. The continuance was granted to provide the parties with time to complete such transfer. To date, the case has not been transferred and the Court is in the process of reviewing cases for the May 2026 Valdosta trial term.

Accordingly, on or before **Monday, February 2, 2026**, the parties shall provide the Court with a written report regarding the status of transferring this case to the Southern District of Georgia.

**SO ORDERED**, this 28th day of January 2026.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**