**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

UNITED STATES OF AMERICA,          :
                                   :
v.                                 :
                                   :          CASE NO.: 7:25-CR-03 (WLS-ALS)
DONALD BENJAMIN PATE,              :
                                   :
       Defendant.                  :
_____     :

## ORDER

Before the Court is a Joint Announcement of Case Resolution (Doc. 36), filed by Defendant on April 24, 2026. Therein, Defendant notifies the Court that this case has been effectively transferred to the United States District Court for the Southern District of Georgia, Statesboro Division, pursuant to Federal Rule of Criminal Procedure 20, and that Defendant subsequently entered a plea in that court to the charges contained in the Indictment filed in this case. (Doc. 36 ¶¶ 2–3). Defendant requests that the Docket in this case be updated to reflect the transfer and resolution by plea agreement. (*Id.* ¶ 4). Previously, the Parties notified the Court of the pending transfer, stating that they intended this case to be resolved by Defendant pleading together with a related case in the Southern District. (Doc. 35).

Under Rule 20, a prosecution may be transferred from the district where the indictment is pending to the district where the defendant is arrested, held, or present if:

> (1) the defendant states in writing a wish to plead guilty or nolo contendere and to waive trial in the district where the indictment . . . is pending, consents in writing to the court's disposing of the case in the transferee district, and files the statement in the transferee district; and (2) the United States attorneys in both districts approve the transfer in writing.

Fed. R. Crim. P. 20(a)(1)–(2). Here, Defendant filed the required statement of consent in the Southern District on February 9, 2026, in case number 6:26-CR-00002. All necessary transfer documents were executed by the United States Attorneys in this District as well as the Southern District. (Doc. 35 at 1).

1

Upon review, the requirements of Rule 20 have been met, and the above-captioned case in the Middle District of Georgia, Valdosta Division has been resolved by virtue of the transfer. Accordingly, the Clerk is **DIRECTED** to close this case in this Court as transferred, pursuant to Rule 20.

**SO ORDERED**, this 4th day of May 2026.

/s/ **W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**